IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | * Criminal No. JFM-12-0137 |
| **JABBAR MICKLES,** | * |
| **Defendant.** | * |

...oOo...

### INFORMATION

The United States Attorney for the District of Maryland hereby provides notice pursuant to Rule 32.2(a), that, as a result of the offense set forth in Count One of the Indictment in this case, the defendant,

**JABBAR MICKLES,**

shall forfeit to the United States (1) any and all property obtained directly or indirectly as a result of any such violation, and (2) any and all property used, or intended to be used, in any manner or part to commit and to facilitate the commissions of any such violation charged in the Indictment, including the following:

(1) $1,716.00 in U.S. currency (DEA# 08-DEA-500357);

(2) $5,539,742.00 in U.S. currency (DEA# 08-DEA-500358);

(3) $51,179.00 in U.S. currency (DEA# 08-DEA-500359);

(4) assorted jewelry (valued at $52,895.00) (DEA# 08-DEA-501156);

(5) $150,000.00 in U.S. currency (IRS# 08-IRS-000726).

21 U.S.C. § 982(a)(1)
28 U.S.C. § 2461(c)
Fed. R. Crim. P. 32.2

_____
ROD J. ROSENSTEIN
UNITED STATES ATTORNEY