**U.S. Department of Justice**
**United States Marshals Service**

PROCESS RECEIPT AND RETURN

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 MAY 14  PM 1: 25

CLERK'S OFFICE
BALTIMORE

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 12-CR-00137 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Jabbar Mickles | Disposal of Property |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | U.S. Marshal Service    BY_____ *kho*_____ DEPUTY |
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| | Number of process to be served with this Form - 285 | |
| Naquita C. Ervin, FSA Paralegal Specialist U.S. Attorney's Office 36 S. Charles Street, 4th floor Baltimore, Maryland  21201 | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

**FORFEIT ALL ASSETS UNDER ASSET ID NOS. 08-DEA-501156, 08-DEA-500359, AND 08-DEA-500357, PER CONSENT ORDER OF FORFEITURE GRANTED BY THE COURT IN THE CRIMINAL CASE.**

| Signature of Attorney or other Originator requesting service on behalf of : | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /s/ John W. Sippel | ☒ PLAINTIFF ☐ DEFENDANT | 410-209-4800 | 4/21/14 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | No. 1 | No. 37 | No. 37 | | 5-7-14 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (If not shown above). | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|---|
| Address (complete only if different than shown above) | | Date of Service 5-8-14 | Time ___ am ___ pm |
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| 55- | | | 55- | | | |

REMARKS: $51,179.⁰⁰ under Asset 08-DEA-500359 and $1,716.⁰⁰ under Asset 08-DEA-500357 were Forfeited + transferred to the AFF per the Forfeiture Order on 2-25-14.

*Entered and Executed into JDS on 5/8/2014*

PRIOR EDITIONS MAY BE USED       SEND   ORIGINAL + 2 COPIES  to USMS.       FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT   2. USMS Record   3. Notice of Service   4. Billing Statement   5. Acknowledgment of Receipt